**Opinion issued February 20, 2014**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-12-00490-CV

———————————

**ANGELINA GAILEY, INDIVIDUALLY AND AS EXECUTRIX OF ESTATE OF PATRICK L. GAILEY, DAN PATRICK GAILEY, AND PATRICK L. GAILEY, Appellants**

**V.**

**PASQUAL GUTIERREZ, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2009-04324**

---

## MEMORANDUM OPINION

Appellants failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not

adequately respond.  *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.